# THE MARION TRUST COMPANY, ADMINISTRATOR, *v.* THE BANKERS LIFE ASSOCIATION.

[No. 8,054. Filed December 10, 1913. Rehearing denied March 10, 1914.]

From Superior Court of Marion County (80,627) ; *Clarence E. Weir*, Judge.

Action by The Marion Trust Company, Administrator with the will annexed of the estate of Oliver H. Carson, against The Bankers Life Association. From a judgment for defendant, the plaintiff appeals. *Affirmed.*

*Frank G. West* and *Guilford A. Deitch*, for appellant.
*Wiley & Jones* and *I. M. Earle*, for appellee.

SHEA, J.—The questions presented in this appeal are the same in all essential particulars as those involved and decided in the case of *Stubbs* v. *Bankers Life Assn.* (1914), *ante* 579, 101 N. E. 638, and on the authority of that case, the judgment in this case is affirmed.

# BROWN *v.* THE BANKERS LIFE ASSOCIATION.

[No. 8,032. Filed December 19, 1913. Rehearing denied March 12, 1914.]

From the Superior Court of Marion County (79,797) ; *Clarence E. Weir*, Judge.

Action by Anna Brown against The Bankers Life Association. From a judgment for defendant, the plaintiff appeals. *Affirmed.*

*Frank G. West* and *Guilford A. Deitch*, for appellant.
*Wiley & Jones* and *I. M. Earle*, for appellee.

LAIRY, C. J.—This was an action brought by appellant against appellee to recover on a certificate of insurance. The case was submitted to the trial court on an agreed statement of facts and there was a finding and judgment in favor of appellee. The case of *Stubbs* v. *Bankers Life Assn.* (1914), *ante* 579, 101 N. E. 638, in all essential respects, is identical with the case at bar, and decides all questions here involved adversely to appellant. On the authority of that case and the case of *Marion Trust Co.* v. *Bankers Life Assn.* (1914), *ante* 701, 103 N. E. 508, the judgment is affirmed.